IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

        Plaintiff,                    No. CIV S-07-1028 LKK GGH P

   vs.

AWI, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on October 5, 2007. On October 26, 2007, plaintiff filed a notice of appeal. On December 17, 2007, plaintiff filed a request for an extension of time to file a motion for leave to proceed in forma pauperis on appeal.

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). This court has not certified that plaintiff's appeal is not taken in good faith and has not otherwise found that plaintiff is not entitled to proceed on appeal in forma pauperis. Accordingly, plaintiff's request for an extension of time to file a motion to proceed in

1

1  forma pauperis on appeal will be denied as unnecessary.

2  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's

3  December 17, 2007, request for extension of time to file a motion to proceed in forma pauperis

4  on appeal is denied as unnecessary.  See Fed. R. App. P. 24(a).

5  DATED:  January 28, 2008.

```
                     LAWRENCE K. KARLTON
                     SENIOR JUDGE
                     UNITED STATES DISTRICT COURT
```